UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) **'08 MJ 1526** |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Gabriel ROMERO-Orta,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **May 15, 2008** within the Southern District of California, defendant, **Gabriel ROMERO-Orta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **MAY 2008**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Gabriel ROMERO-Orta

## PROBABLE CAUSE STATEMENT

On May 15, 2008, Border Patrol Agent J. Clare was performing line watch duties in the Chula Vista area of responsibility. At approximately 8:00 a.m., he responded to a seismic intrusion device in an area known as "Copper Canyon." This area is located approximately seven miles east of the Otay Mesa, California Port of Entry and approximately one and a half miles north of the United States/Mexico International Boundary.

When Agent Clare arrived at the area he was informed by Senior Border Patrol Agent A. Noyes, via bureau radio, that he had located individuals attempting to conceal themselves in some brush in Copper Canyon. Agent Clare approached the brush from a southern trail, as Border Patrol Agent O. Gomez approached the brush from the north. After a brief search they located seven individuals and approached them and identified themselves as a United States Border Patrol Agents. Agents Clare and Gomez then questioned the individuals as to their nationality and country of citizenship. All seven including one later identified as the defendant **Gabriel ROMERO-Orta,** admitted to being citizens and national of Mexico without any immigration documents to be in or remain in the United States legally. At approximately 9:00 a.m., all seven individuals were placed under arrest and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 28, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.